IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BAHIR SMITH, :
on behalf of himself and all others :
similarly situated, : CIVIL ACTION
:
         Plaintiff, :
:
         v. :
:
HIRERIGHT SOLUTIONS, INC. and : NO. 09-6007
USIS COMMERCIAL SERVICES, INC., :
:
         Defendant. :

## ORDER

**AND NOW**, this *7th* day of *June*, 2010, upon consideration of the Motion by Defendants HireRight Solutions, Inc. and USIS Commercial Services, Inc. to Transfer Pursuant to 28 U.S.C. § 1404 (Docket No. 19), the Response of Plaintiff Bahir Smith (Docket No. 23), and Defendants' Reply Brief (Docket No. 26), it is hereby **ORDERED** that the Motion is **GRANTED** and that this case shall be **TRANSFERRED** to the United States District Court for the Northern District of Oklahoma.

                                          BY THE COURT:

                                          *s/ Ronald L. Buckwalter*
                                          RONALD L. BUCKWALTER, S.J.